UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-20967

ROBERTO GONZALEZ,

     Plaintiff,

vs.

HONG WEI, INC. d/b/a
CHINA RESTAURANT,

     Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ROBERTO GONZALEZ, and Defendant HONG WEI, INC. d/b/a CHINA RESTAURANT, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice.  Each party shall bear his/its own attorneys' fees and costs.

AGREED and STIPULATED on this 12th day of April, 2017.

| | |
|---|---|
| */s/ Jessica L. Kerr*_____ | */s/ Stephanie Griffin*_____ |
| Jessica L. Kerr, Esquire | Stephanie Griffin, Esquire |
| Florida Bar No. 92810 | Florida Bar No. 85019 |
| **THE ADVOCACY GROUP** | **MINERLEY FEIN, P.A.** |
| 333 Las Olas Way, CU3 Suite 311 | 1200 N. Federal Highway, Suite 420 |
| Fort Lauderdale, FL 33301 | Boca Raton, FL 33432 |
| Telephone: (954) 282-1858 | Telephone: (561) 362-6699 |
| Facsimile: (844) 786-3694 | Email: Stephanie@minerleyfein.com |
| Email: service@advocacypa.com | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of April 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Jessica L. Kerr*
Jessica L. Kerr, Esquire
Florida Bar No. 92810